SHIRLEY BRANDON *v.* STATE OF CONNECTICUT
(12520)

FOTI, HEIMAN and HENNESSY, Js.

Argued February 15—decision released March 14, 1995

*Shirley Brandon,* pro se, the appellant (plaintiff).

*Marianne I. Horn,* assistant attorney general, with whom were *Judith Merrill,* assistant attorney general, and, on the brief, *Richard Blumenthal,* attorney general, and *Richard J. Lynch,* assistant attorney general, for the appellee (state).

PER CURIAM. The judgment is affirmed.